IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AVALON TOWNHOME CONDOMINIUM ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COLUMBIA MUTUAL INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:14-cv-01243-SCJ |

**JOINT MOTION FOR DISMISSAL**

The parties, through their counsel, having settled the claims between them, the parties jointly move that this case be dismissed with prejudice.

This 2d day of July, 2015.

/s/ *Scott G. Hunziker*
_____
SCOTT G. HUNZIKER
Attorney for Plaintiff
Admitted *Pro Hac Vice*

The Voss Law Firm
26619 Interstate 45
The Woodlands, TX 77380

/s/ *William D. Sstrickland*
_____
WILLIAM D. STRICKLAND
Georgia Bar No. 688062
Attorney for Defendant

2200 Century Parkway, NE, Suite 1050
Atlanta, Georgia 30345